# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00376-CV

**Jennifer McGinley, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT
## NO. C2007-0118-C, HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jennifer McGinley filed her notice of appeal on June 11, 2008. On March 6, 2009, this Court issued an order holding that the trial court did not abuse its discretion in determining that McGinley was not indigent and therefore not entitled to a free record on appeal. On June 3, 2009, we informed McGinley that she was required to make arrangements to pay for the clerk's and reporter's records and that if she did not inform us of the status of her arrangements for the clerk's record by June 15, 2009, the cause was subject to dismissal for want of prosecution. To date, McGinley has not responded to our request. We therefore dismiss the cause for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

David Puryear,  Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:  August 5, 2009